Fang v Town of Amherst (2025 NY Slip Op 05437)

Fang v Town of Amherst

2025 NY Slip Op 05437

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, NOWAK, AND KEANE, JJ. (Filed Oct. 3, 2025.) 

MOTION NO. (157/25) CA 24-01288.

[*1]LEE FANG, PLAINTIFF-APPELLANT, 
v
TOWN OF AMHERST, DEFENDANT-RESPONDENT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.